**ROBBINS GELLER RUDMAN & DOWD LLP**

| | | | | |
|---|---|---|---|---|
| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

David A. Rosenfeld
drosenfeld@rgrdlaw.com

March 23, 2016

<u>VIA ECF AND EMAIL</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:   *Susie Ong v. Chipotle Mexican Grill Inc., et al.*,
       No. 1:16-cv-00141-KPF

Dear Judge Failla:

Together with Motley Rice LLC, we represent proposed Lead Plaintiff Metzler Investment GmbH ("Metzler") and Construction Laborers Pension Trust of Greater St. Louis (the "Pension Trust") in the above-captioned action.  As a follow up to my letter dated March 21, 2016, and after discussions with chambers and counsel, we write to respectfully request that the Court reschedule the conference in this case presently scheduled for April 5, 2016 to April 18, 2016 at 2:00 p.m.

We thank the Court for its consideration.

Respectfully submitted,

/s/ *David A. Rosenfeld*

David A. Rosenfeld

cc:   Counsel of record (*via* ECF)