**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Susie Ong,
*Individually and on behalf of all others similarly situated, et al.*

Plaintiff,

-against-

16 **CIVIL** 141 (KPF)

# JUDGMENT

Chipotle Mexican Grill, Inc. M. Steven Ells,
Montgomery F. Moran, and John R. Hartung,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 22, 2018, Defendants' motion to dismiss is granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
March 22, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**